UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TYRONE WILLIAM MAHAN, | CASE NO. 2:22-cv-10489 |
| *Plaintiff,* | HON. GEORGE CARAM STEEH DISTRICT JUDGE |
| v. | |
| K. AUSTIN, ET AL., | HON. PATRICIA T. MORRIS MAGISTRATE JUDGE |
| *Defendants.* | |
| _____/ | |

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (ECF No. 80)

Plaintiff, a Michigan Department of Corrections ("MDOC") inmate, filed this 42 U.S.C. § 1983 action *pro se*. On September 8, and September 16, 2022 respectively, he filed two separate motions to add Defendants. (ECF Nos. 61, 66). In the first of the two motions, he sought to add 38 Defendants and in the second, over 50 additional Defendants.

Later, on October 18, 2022, Plaintiff filed the present motion seeking to amend his complaint but did not include a copy of the proposed amended complaint. (ECF No. 80). On October 19, 2022, the undersigned ordered Plaintiff to submit a proposed amended complaint on or before November 18, 2022. (ECF No. 82). The motions to "add defendants" were denied as moot. (ECF No. 96).

Although Plaintiff was given 30 days to submit a proposed amended complaint, that deadline has long passed. Accordingly, Plaintiff's Motion to Amend/or Leave to File an Amended Complaint (ECF No. 80) is **DENIED**.

IT IS SO ORDERED.

Date: November 29, 2022   s/PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge