UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE WILLIAM MAHAN,

    Plaintiff,

  v.

NOAH NAGY, *et al.*,

    Defendants.
_____/

Case No. 22-10489

Hon. George Caram Steeh
Hon. Patricia T. Morris

ORDER ADOPTING REPORTS AND
RECOMMENDATIONS (ECF NOS. 91, 92)

On November 1, 2022, Magistrate Judge Patricia T. Morris issued two reports and recommendations proposing that the court deny Plaintiff's motions for summary judgment and for a preliminary injunction. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id.*

- 1 -

Having reviewed the record, and having received no objections, the court agrees with Magistrate Judge Morris's analysis and conclusions.

IT IS HEREBY ORDERED THAT Magistrate Judge Morris's November 1, 2022 reports and recommendations (ECF Nos. 90, 91) are ADOPTED by the court and that Plaintiff's motions for summary judgment (ECF No. 65) and for a preliminary injunction (ECF No. 85) are DENIED.

Dated: December 6, 2022             s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 6, 2022, by electronic and/or ordinary mail and also on Tyrone William Mahan #264524, Saginaw Correctional Facility, 9625 Pierce Road, Freeland, MI 48623.

s/Brianna Sauve
Deputy Clerk