UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE WILLIAM MAHAN,

    Plaintiff,

    v.

NOAH NAGY, *et al.*,

    Defendants.

_____/

Case No. 22-10489

Hon. George Caram Steeh
Hon. Patricia T. Morris

ORDER ADOPTING REPORT AND
RECOMMENDATION AND GRANTING
DEFENDANTS' MOTION TO DISMISS

On December 13, 2022, Magistrate Judge Patricia T. Morris issued a report and recommendation proposing that the court grant the motion to dismiss filed by Defendants Carmen McIntyre-Leon, Karmen Bussell, and Joshua Buskirk. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id.*

- 1 -

Having reviewed the record, and having received no objections, the court agrees with Magistrate Judge Morris's well-reasoned analysis and conclusions.

IT IS HEREBY ORDERED that Magistrate Judge Morris's December 13, 2022 report and recommendation is ADOPTED as the order of the court.

IT IS FURTHER ORDERED that the motion to dismiss filed by Defendants Carmen McIntyre-Leon, Karmen Bussell, and Joshua Buskirk (ECF No. 73) is GRANTED and these Defendants are DISMISSED WITH PREJUDICE.

Dated: January 10, 2023

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 10, 2023, by electronic and/or ordinary mail and also on Tyrone William Mahan #264524, Saginaw Correctional Facility, 9625 Pierce Road, Freeland, MI 48623.

s/Brianna Sauve
Deputy Clerk