UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE WILLIAM MAHAN,

    Plaintiff,

v.

KRISTEN AUSTIN and
NATALYA STOKELY-HAMDAN,

    Defendants.
_____/

Case No. 22-10489
Hon. Jonathan J.C. Grey
Magistrate Judge Patricia Morris

**ORDER ADOPTING REPORT AND
RECOMMENDATION (ECF No. 127)**

On March 1, 2022, pro se Plaintiff Tyrone Mahan filed this prisoner civil rights action, alleging that certain officials inside the Michigan Department of Corrections ("MDOC") intentionally exposed him to COVID-19, causing Mahan to contract the virus. (ECF No. 1.) The remaining Defendants, Kristen Austin and Natalya Stokely-Hamdan, are two former employees of Corizon Health, which was a private company that provided healthcare services to MDOC inmates. (ECF No. 127, PageID.2021.)

This matter comes before the Court on Magistrate Judge Patricia Morris' Report and Recommendation dated September 10, 2025. (ECF

No. 127.) In the Report and Recommendation, Magistrate Judge Morris recommends that the Court dismiss the case sua sponte without prejudice because Mahan's lawsuit is no longer tenable. No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that Magistrate Judge Morris reached the correct conclusions for the proper reasons. Finding no error in Magistrate Judge Morris' Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated September 10, 2025 (ECF No. 127) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that this cause of action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

                                        **s/Jonathan J.C. Grey**
                                        JONATHAN J.C. GREY
Dated: November 3, 2025      UNITED STATES DISTRICT JUDGE

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 3, 2025.

                              **s/ S. Osorio**
                              Sandra Osorio
                              Case Manager